No. 78–5990. LOE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–5994. THOMAS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–5997. GRENAGLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–6002. DUPART v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6004. BIEREY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–6015. PEREZ-CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6016. ADORNO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–6018. TUKES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6021. KAPL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6027. WILEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6033. FERRARO v. UNITED STATES. C. A. 6th Cir. Certiorari denied

No. 78–6037. MORROW v. UNITED STATES;
No. 78–6064. COLE v. UNITED STATES; and
No. 78–6083. CHANDLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6039. REID v. UNITED STATES. C. A. 5th Cir. Certiorari denied.